**Order entered September 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00813-CV

**EDWARD KELLY, EDWARD KELLY D/B/A KELLY PLUMBING & LEAK DETECTION, AND BRITTANY KELLY, Appellants**

**V.**

**SANJAI R. ISAAC, M.D., REBECCA ISAAC AND MERIDIAN REVOCABLE TRUST, BARBARA HEIDEN AND SHELLEY OLIVER AND BLAKE MYERS, Appellees**

**On Appeal from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-01284-2017**

## ORDER

Before the Court is appellants' September 10, 2019 second unopposed motion for extension of time to file their brief, which is currently due October 14, 2019. We **GRANT** the motion and **ORDER** the brief be filed no later than October 28, 2019.

/s/    ERIN A. NOWELL
        JUSTICE